# WARRANT OF ARREST

| 𝕌𝕟𝕚𝕥𝕖𝕕 𝕊𝕥𝕒𝕥𝕖𝕤 𝔻𝕚𝕤𝕥𝕣𝕚𝕔𝕥 ℂ𝕠𝕦𝕣𝕥 | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America | DOCKET NO. | MAGISTRATE JUDGE CASE NO. 24-mj-15 |
| v. Corvalis M. Stewart  Defendant. | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: Corvalis M. Stewart  Dane County Jail 115 W Doty Street Madison, WI 53703 | |

Warrant Issued on the Basis of:

☐ Indictment   ☐ Order of Court   ☐ Information   ✔ Complaint

TO:  Any Authorized Law Enforcement Officer.

District of Arrest:                                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession with Intent to Distribute 400 Grams or more of Fentanyl

IN VIOLATION OF TITLE:        21 U.S.C. Section(s) Section 841(a)(1) & 18 U.S.C. Section 2

Bail:  DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: Federal Judge/Magistrate Judge | Date Order: 2/13/2024 |
|---|---|
| Clerk of Court:        (By) Deputy Clerk | Date Issued: |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |