UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.                                      Case No. 24-mj-15

CORVALIS M. STEWART, and
LARRY D. WILLIAMSON JR.,

        *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Corvalis M. Stewart the defendant in the above-captioned matter, is represented by:

> Elizabeth A. Blair
> Federal Defender Services of Wisconsin, Inc.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Telephone:   [608] 260-9900
> Facsimile:    [608] 260-9901

Dated at Madison, Wisconsin, this 13th day of February, 2024.

                                      Respectfully submitted,
                                      Corvalis M. Stewart., Defendant

                                      */s/ Elizabeth A. Blair*
                                      Elizabeth A. Blair

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Elizabeth_blair@fd.org

                                                            FEDERAL DEFENDER SERVICES
                                                                 OF WISCONSIN, INC.